UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARIA MERAN DOMINGUEZ,

                Plaintiff,

   -against-

UNITED STATES POSTAL SERVICE

                Defendants,
------------------------------------------------------------------X

Index #:

**VERIFIED COMPLAINT**

PLAINTIFF DEMANDS JURY TRIAL

Plaintiff, by his attorneys, Prado & Tuy, complaining of the Defendants, respectfully alleges, upon information and belief, as follows:

1. This action arose under the Federal Tort Claims Act. 28 USC §§ 2671 et seq., and this Court has jurisdiction under the provisions of 28 USC § 1346(b).

2. Plaintiff, MARIA MERAN DOMINGUEZ, was at the time of the incident and is still a resident of 486 E 23rd Street, Apt 5, Patterson, NJ, 07514, the county of Passaic, State of New Jersey.

3. That Defendant UNITED STATES OF AMERICA has voluntarily waived its sovereign immunity and allowed the filing of this complaint.

4. At all times herein mentioned, the UNITED STATE POSTAL SERVICE (US Postal Service) is a federal agency of the Defendant UNITED STATE OF AMERICA.

5. At all times hereinafter mentioned, FRANCHIL STERVIL, is an employee of the US POSTAL SERVICE, a federal agency of defendant UNITED STATES OF AMERICA.

6. At all times herein mentioned, the US POSTAL SERVICE a federal agency of Defendant UNITED STATES OF AMERICA, was the owner of a tractor truck with license plate number 2919279.

7. That 678I Southbound Van Wyck Expressway at or near its intersection with Union Turnpike in Queens County and State of New York are public roadways/thoroughfares.

8. That on August 13, 2024, FRANCHIL STERVIL, was operating the aforesaid tractor truck with license plate 2919279 owned and registered to the US Postal Service, a federal agency of the Defendant UNITED STATES OF AMERICA, at the aforementioned location.

9. That on the aforementioned date, while FRANCHIL STERVIL, was operating the aforesaid tractor truck with license plate 2919279, owned and operated by the US POSTAL SERVICE, an agency of Defendant UNITED STATES OF AMERICA, along 678I Southbound Van Wyck Expressway at or near its intersection with Union Turnpike, he caused said vehicle to come into contact with the Plaintiff's car, a 2021 Honda Sedan with New Jersey license plate number A74RXU, at the aforementioned location.

10. At all times herein mentioned, FRANCHIL STERVIL, operated the aforementioned tractor truck more vehicle bearing license plate number 2919279 with the knowledge, permission, consent and within the scope of his employment with the US POSTAL SERVICE and the UNITED STATES OF AMERICA.

11. That the aforesaid occurrence was caused wholly and solely by reason of the negligence of FRANCHIL STERVIL, while acting with the scope of his employment with the US POSTAL SERVICE, a federal agency of Defendant UNITED STATES OF AMERICA without any fault or negligence on the part of the Plaintiff contributing thereto.

12. That Defendant was negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicle and the Defendant was otherwise negligent, careless and reckless in the premises.

13. That by reason of the foregoing, Plaintiff sustained serious and permanent personal injuries as defined in §5102(d) of the New York State Insurance Law.

14. That Plaintiff sustained serious injury and economic loss greater than basic economic loss so as to satisfy the exceptions of §5104 of the New York State Insurance Law.

15. The Plaintiff seeks to recover only damages for which Plaintiff has not been reimbursed by

no-fault insurance and/or for which no-fault insurance is obligated to reimburse Plaintiff. Plaintiff seeks to recover those damages that are not recoverable through no-fault insurance under the facts and circumstances in this action.

16. That this action falls within one or more of the exceptions as set forth in CPLR §1602 will continue to expend large sums for medical expenses; and Plaintiff was otherwise damaged.

17. On September 17, 2024, Plaintiff first submitted his claim to the US POSTAL SERVICE, on September 17, 2024, by forwarding his duly accomplished SF-95 form. Attached hereto and made a part hereof as Exhibit "1" is a copy of the SF-95 form.

18. That more than six months after the filing of this claim, US POSTAL SERVICE has not properly responded to the claim.

19. That this case is being filed within two years from filing a notice of claim.

20. That by reason of the foregoing, Plaintiff has been damaged in the amount of in excess of the minimum jurisdictional amount required by the US District Court.

**WHEREFORE**, Plaintiff MARIA MERAN DOMINGUEZ, demands judgment against the defendant UNITED STATES OF AMERICA and the US POSTAL SERVICE in such amount as maybe proven at trial.

Plaintiff prays for other just and equitable reliefs.

Dated: New York, NY
July 24, 2025

                                              Yours, etc.
                                              PRADO & TUY, LLP
                                               ***/s/ SALVADOR TUY***
                                              By: SALVADOR TUY, Esq.
                                              Attorney for Plaintiff
                                              MARIA MERAN DOMINGUEZ
                                              305 BROADWAY, 7th Fl
                                              New York, NY 10007
                                              T: 212-668-8888