UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA MERAN DOMINGUEZ,
                              Plaintiff,

                   -v-

UNITED STATES POSTAL SERVICE,
                              Defendant.

25-CV-10241 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On December 10, 2025, Plaintiff Maria Meran Dominguez filed this action in the Southern District of New York.  (ECF No. 1.)  However, Dominguez has failed to allege proper venue in this District.  The alleged collision between Dominguez's vehicle and a tractor truck operated by a United States Postal Service employee that gives rise to this action took place in Queens County, which falls under the territorial jurisdiction of the United States District Court for the Eastern District of New York.  (*See id.* ¶¶ 7, 9.)

On December 15, 2025, the Court ordered Dominguez to show cause why this case should not be transferred to the Eastern District of New York.  (ECF No. 3.)  Dominguez did not respond to the Court's order.

Accordingly, the Court hereby transfers this case to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1406(a).  *See United States ex rel. Donohue v. Carranza*, 585 F. Supp. 3d 383, 388 (S.D.N.Y. 2022) ("The district court may exercise the discretion to transfer a case even if a defendant has not requested transfer."); *SongByrd, Inc. v. Est. of Grossman*, 206 F.3d 172, 179 n.9 (2d Cir. 2000) ("[T]he Supreme Court . . . made clear that a district court lacking . . . proper venue could transfer [sua sponte] under section 1406(a).").

1

The Clerk of Court is directed to remove this case from this Court's docket and transfer it to the United States District Court for the Eastern District of New York.

SO ORDERED.

Dated: January 7, 2026
New York, New York

J. PAUL OETKEN
United States District Judge

2